UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladimir Tamayo,<br><br>         Plaintiff,<br><br>     v.<br><br>Wells Fargo Bank, NA.;<br>Does 1-10,<br><br>         Defendants. | Case No. **CV 13-2976-JFW (VBKx)**<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Having reviewed the papers submitted by Plaintiff Vladimir Tamayo in support of his Ex Parte Application for a Temporary Restraining Order, the Court grants Plaintiff's Ex Parte Application for a Temporary Restraining Order, on the grounds that Plaintiff has demonstrated a likelihood of success on the merits, or at the very least serious questions going to the merits, as well as a likelihood that he will suffer irreparable harm absent the issuance of a temporary restraining order, that the balance of equities tips in his favor, and that the injunction is in the public interest.

## TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A. and its officers, agents, servants, employees, and all persons acting under, and in concert with, or on behalf of any of them, are temporarily restrained from proceeding with the Trustee's Sale of the subject property located at 8418 Wilbur Avenue, Northridge, California 91324, pending the hearing and determination of the Order to Show Cause Re Preliminary Injunction.

IT IS FURTHER ORDERED that no bond shall be required to be posted by Plaintiff Vladimir Tamayo before the Temporary Restraining Order is effective.

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A. shall appear on **May 23, 2013 at 11:00 a.m.** in Courtroom 16 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California, 90012, to show cause, if any exists, why the Court should not issue a preliminary injunction against Defendant Wells Fargo Bank, N.A. and its officers, agents, servants, employees, and all persons acting under, and in concert with, or on behalf of any of them, enjoining them from proceeding with Trustee's Sale of the subject property located at 8418 Wilbur Avenue, Northridge, California 91324.

IT IS FURTHER ORDERED that Plaintiff Vladimir Tamayo shall personally serve this Temporary Restraining Order and Order to Show Cause and all supporting papers on Defendant Wells Fargo Bank, N.A. no later than **May 10, 2013 at 4:00**

Case 2:13-cv-02976-JFW-VBK   Document 15   Filed 05/09/13   Page 3 of 3   Page ID #:158

```
 1  p.m.  Defendant Wells Fargo Bank, N.A. shall file an
 2  Opposition, if any, to the Order to Show Cause on or before
 3  May 14, 2013 at 4:00 p.m.  Plaintiff Vladimir Tamayo shall
 4  file a Reply to Defendant Wells Fargo Bank, N.A.'s
 5  Opposition, if any, on or before May 16, 2013 at 4:00 p.m.
 6
 7
 8       IT IS SO ORDERED.
 9
10  Dated: May 9, 2013                 _____
11                                            JOHN F. WALTER
                                        United States District Judge
12
13
...
28
```

3